3:23-cv-0978

JUL 17 2023
TONY R. MOORE, CLERK
BY ___ DEPUTY
US DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

Charlesetta Williams Federal Court Building Western District of FLA 3102 Gardonia Walter Collins Jr Cooper CRIME Federal Stalking Road Walter Collins Jr South S-port CADDO parish Cooper Rd LA Shreveport LA 71109 Lap-Top 71107 Computer Stalking Device United States Dpt of Justice 401 Edwards St S port LA 71101 Residents University park Residents Dr Martin Luther King Jr Community S-port LA 71107 Arrested In A Lap-Top Computer Stalking Device Stalking By Talking you Have 250 Touching of the Body Organs Attempted Second Degree Murder C. Williams 2831 Kelsey St Cooper Rd Telephone Number 676-4019 AT&T they Turn Into A Stalking Device A Lap-Top Computer Attempted Second Degree Murder A Felony Federal F.B.I. United Government Dpt of Justice Barbara Jean Edwards Williams 318 703-1208 For C. Williams 2831 Kelsey St- S-port @ LA 71107 Address S-port police Hased they Names City State 71107

(margin notes:)
Special Agent Detective Louis M. Regel
II
United Government of Government must Attempted second degree must Attempted second degree Kinsey

Stalking Stalking United Dpt of Justice based 401 Edwards by talking of 250 Lap-Top Computer touching of Stalking device address the Body that were M.B. arrested S-port LA 71107 Organs

Walter Collins Jr 3007 Candornia St South Caddo Parish Cooper Rd Sport LA 71107 Paid LT-Hamilton Money To Kill me And Told them He Did And Officer and they Did M-B-Kinder united Government Dpt of Justice M-B-Kinder Got the Police Cap-Top Computer what they Got In they Car Betty Smith & Rolland Smith 2845 Round 2829 Grove Lane Cooper Rd University Park Residents @ Cherokee Park Highland North A District Civil united states Citizens

Charlesetta Williams
7-8-2023
318 703-1208
Crime Statement

U.S. Marshall Geriode
300 Fannin St S-port LA 71101
You closed case Now the
Marshalls Have if C-W GuideLine
Service-process 2831 Kelsey St check
S-port LA 71101                                    see
United States Court Judge       Have
Chief Judge Terry A. Doughty    it
Chief United States Judge       came
Kayla D. McClusky               up
                                To do
                                the

                                case