UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHARLESETTA WILLIAMS** **\*\*SANCTIONED/BARRED\*\*** | **CIVIL ACTION NO. 3:23-CV-978** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNKNOWN DEFENDANTS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### O R D E R

Pro se Plaintiff Charlesetta Williams filed a Complaint in this case on July 17, 2023. Plaintiff has been sanctioned and barred from filing in this Court for filing frivolous complaints and for failure to follow the Court's order to seek permission to file from the Chief Judge of this Court.

The above captioned case and ANY new suits and filings made in closed cases hereafter by Charlesetta Williams shall be handled in the following manner:

The Clerk shall review the filing to determine whether the advance permission required by the Court's Judgment of 5:21-cv-3799 has been obtained. If not obtained, the Clerk of Court shall immediately DISMISS the action without further processing. The Clerk of Court's dismissal order shall read:

"The Clerk having determined that the required advance permission to file has not been obtained as required by the Judgment in Case No. 5:21-cv-3799, this suit is DISMISSED. All motions are DENIED."

MONROE, LOUISIANA, this 31st day of July, 2023.

_____
TERRY A. DOUGHTY, CHIEF JUDGE
UNITED STATES DISTRICT COURT